UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22019-CIV-UNGARO

IN RE: WEST CARRIBEAN CREW
MEMBERS
_____/

### ORDER DENYING CONTINENTAL AIRLINES INC.'S MOTION TO DISMISS

THIS CAUSE is before the Court upon Defendant Continental Airlines, Inc.'s Motion to Dismiss Consolidated Amended Complaint. (D.E. 44.) The Court has considered pertinent portions of the record and is otherwise fully informed in the premises. Accordingly it is hereby,

ORDERED AND ADJUDGED that Defendant's motion is DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of September, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies:
counsel: