UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22019-CIV-UNGARO

IN RE: WEST CARRIBEAN CREW
MEMBERS
_____/

**ORDER DENYING NEWVAC CORPORATION AND GO 2 GALAXY, INC.'S MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT**

THIS CAUSE is before the Court upon Newvac Corporation Inc., and Go 2 Galaxy, Inc.'s Motion To Dismiss Plaintiffs' Consolidated Amended Complaint. (D.E. 43.) The Court has considered the motion is otherwise fully informed in the premises. Accordingly, it is hereby,

ORDERED AND ADJUDGED that Defendants' motion is DENIED as moot.

DONE AND ORDERED in Chambers at Miami Florida, this 24th day of September, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of Record